```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

SYLVESTER LOCKETT,                :

     Petitioner,                  :

vs.                               :   CIVIL ACTION 08-00447-WS-B

LILLIAN WATSON-FOSTER, et al.,    :

     Respondents.                 :

                                  :
```

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** without prejudice to allow Petitioner to pursue unexhausted remedies in the state courts.

DONE this 16th day of July, 2009.

                           s/WILLIAM H. STEELE
                           **UNITED STATES DISTRICT JUDGE**